UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'SANE LEE ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVENSON, et al.,<br><br>    Defendants. | Case No. 16-cv-01889-JCS (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 11, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, La'Sane Lee Robertson Pro Se

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General, Robert Wayne Henkels

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

1   **IT IS SO ORDERED.**

2   Dated: 5/12/2017



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA'SANE LEE ROBERTSON,

    Plaintiff,

    v.

STEVENSON, et al.,

    Defendants.

Case No. 16-cv-01889-JCS (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

La'Sane Lee Robertson ID: T61441
California Men's Colony State Prison (East)
P.O. Box 8101
San Luis Obispo, CA 93409

Dated: May 12, 2017

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        **By** _/s/ Gloria Knudson_
                                        Gloria Knudson, Deputy Clerk to the
                                        Honorable NANDOR J. VADAS